UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOHN BRASHEARS**                                              **CIVIL ACTION**

**VERSUS**                                                      **NO. 12-1183**

**BURL N. CAIN, WARDEN**                                        **SECTION "J"(5)**

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objections thereto, hereby **OVERRULES** Petitioner's objections, approves the Report and Recommendation of the United States Magistrate Judge, and **ADOPTS** it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of John Brashears for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of May, 2013.

UNITED STATES DISTRICT JUDGE